**Order filed March 24, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00819-CV
_____

### KENNARD LAW, P.C., Appellant

### V.

### LAMAR TEXAS LIMITED PARTNERSHIP, Appellee

**On Appeal from the County Court at Law No. 2**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-CCV-059600**

# O R D E R

Appellant's brief was due March 5, 2020. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **April 23, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Poissant, and Hassan.